Steven M. Heller #079067
Paige M. Hibbert #143105
Reginald A. Dunn #192632
HELLER & HIBBERT, LLP
11335 Gold Express Drive, Suite 145
Gold River, California 95670
Telephone:   (916) 853-0500
Facsimile:    (916) 858-0220

Attorneys for Defendants GORDON OHANESIAN
and VERA OHANESIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| REGINA DRENIK, individually, and on behalf of herself and other similarly situated,<br><br>              Plaintiff,<br><br>   vs.<br><br>GORDON OHANESIAN AND VERA OHANESIAN, individually,<br><br>              Defendants. | Case No. 2:05-CV-00209-DFL-DAD<br><br>**STIPULATION AND ORDER RE INITIAL DISCLOSURES** |

The parties hereby stipulate that the initial disclosures pursuant to Federal Rule of Civil Procedure, Rule 26, shall be made on April 25, 2005.

Dated: April 18, 2005                          HELLER & HIBBERT, LLP


                                               /s/ Steven M. Heller
                                               STEVEN M. HELLER
                                               Attorney for Defendants

Dated:  April 18, 2005                         BEST, BEST & KRIEGER LLP


                                               /s/ Samuel L. Emerson
                                               SAMUEL L. EMERSON
                                               Attorneys for Plaintiff

-1-
_____
**Stipulation**

## **ORDER**

Based on the foregoing stipulation, it is hereby ordered as follows:

The parties shall serve their initial disclosures on April 25, 2005.

Dated: 4/19/2005                                            /s/ David F. Levi
                                                            United States District Judge