Steven M. Heller #079067
Paige M. Hibbert #143105
Reginald A. Dunn #192632
HELLER & HIBBERT, LLP
11335 Gold Express Drive, Suite 145
Gold River, California 95670
Telephone:   (916) 853-0500
Facsimile:    (916) 858-0220

Attorneys for Defendants GORDON OHANESIAN
and VERA OHANESIAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| REGINA DRENIK, individually, and on behalf of herself and other similarly situated,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>GORDON OHANESIAN AND VERA OHANESIAN, individually,<br><br>　　　　　Defendants. | Case No. 2:05-CV-00209-DFL-DAD<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME FOR FILING OF MOTION FOR CLASS CERTIFICATION** |

Pursuant to the Status (Pre-Trial Scheduling) Order in this matter dated April 20, 2005, the Plaintiff's Motion for Class Certification "if any such motion is made, shall be made within 60 days of the file date of {the Status (Pre-Trial Scheduling) Order}"

The parties have agreed to mediate the matter within 30 days and to stay discovery until after mediation.

///

///

///

///

///

///

-1-

**Stipulation**

The parties hereby stipulate that the Plaintiff's Motion for Class Certification, if any such motion is made, shall be made within 120 days of the file date of the Status (Pre-Trial Scheduling) Order.

DATED: May 2, 2005                    HELLER & HIBBERT, LLP

/s/ Steven M. Heller
STEVEN M. HELLER
Attorney for Defendants

DATED: May 2, 2005                    BEST, BEST & KRIEGER LLP

/s/ Kevin T. Collins
KEVIN T. COLLINS
Attorneys for Plaintiff

## ORDER

Based on the foregoing stipulation, it is hereby ordered as follows:

Plaintiff's Motion for Class Certification, if any such motion is made, shall be made within 120 days of the file date of the Status (Pre-Trial Scheduling) Order.

DATED: 5/6/2005                    /s/ David F. Levi
DAVID F. LEVI
United States District Judge

**Stipulation**