IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA DRENIK,<br><br>　　Plaintiff,<br><br>　　v.<br><br>GORDON OHANESIAN & VERA OHANESIAN, individually,<br><br>　　Defendants. | CIV.S-05-209-DFL<br><br>MEMORANDUM OF OPINION AND ORDER |

　　Plaintiff Regina Drenik ("Drenik") moves to amend her complaint to add a new plaintiff, the Human Rights and Fair Housing Commission of the City and County of Sacramento ("Commission").

　　As of oral argument, the Commission had not filed any brief or declaration expressing interest in joining Drenik's action, nor had it filed a complaint in federal or state court regarding this matter.  Counsel for Drenik does not represent the Commission in this action.  Thus, for all it appears, the Commission would become an unwitting or involuntary party to this litigation.

1

None of the federal rules provides for a plaintiff to seek to join another person or entity as a plaintiff without that person or entity's active participation in joinder except in very limited circumstances -- such as a limited fund class action -- which do not apply here.  Intervention is probably the more appropriate procedure, yet the Commission has not yet sought to intervene.  If it did, it would be important to know why the Commission waited to intervene to such a late date.

For these reasons, plaintiff's motion to amend is DENIED.

IT IS SO ORDERED.

Dated: 6/15/2006

_____
DAVID F. LEVI
United States District Judge

2