MATTHEW G. JACOBS (Bar No. 122066)
RAJIV DHARNIDHARKA (Bar No. 234756)
DLA PIPER US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814-4428
Tel: 916.930.3200
Fax: 916.930.3201

**OK/HAV**

Attorneys for Defendants
Gordon Ohanesian and Vera Ohanesian

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Regina Drenik,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Gordon Ohanesian and Vera Ohanesian,<br><br>　　　　Defendants. | CASE NO. Civ. S-05-0209-DFL-DAD<br><br>**STIPULATION AND ORDER CONTINUING FINAL PRE-TRIAL CONFERENCE** |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, that the final pre-trial conference, currently scheduled for September 22, 2006 at 2:00 p.m., may be continued to September 29, 2006, at 2:00 p.m., or to any date and time thereafter that is convenient to the Court. IT IS FURTHER STIPULATED that the parties' joint pre-trial statement, currently to be filed on or before September 15, 2006, may be filed on or before September 22, 2006, or no later than seven (7) days prior to the final pre-trial conference. Defendants request this continuance because they are in the process of substituting DLA Piper US LLP as counsel to replace Heller & Hibbert, LLP. This continuance will provide sufficient time for Defendants' new counsel to become sufficiently familiar with the file and to meaningfully meet and confer with Plaintiff's counsel in preparing the joint pre-trial statement, which will be beneficial to all parties and to the Court.

SA\8064007.1

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING FINAL PRE-TRIAL
CONFERENCE TO SEPTEMBER 29, 2006 / CASE NO. CIV. S-05-0209-DFL-DAD

DLA PIPER US LLP
SACRAMENTO

Defendants are not requesting a continuance of the November 6, 2006 trial date.

Dated: September 11, 2006

DLA PIPER US LLP

By /s/ Matthew G. Jacobs
MATTHEW G. JACOBS
Attorneys for Defendants
Gordon Ohanesian and Vera Ohanesian

Dated: September 11, 2006

BEST BEST & KRIEGER LLP

By /s/ Kevin T. Collins
KEVIN T. COLLINS
Attorneys for Plaintiff
Regina Drenik

ORDER

IT IS SO ORDERED. The final pre-trial conference is continued to September 29, 2006, at 2:00 p.m. The joint pre-trial statement shall be filed on or before September 22, 2006.

Dated: September 12, 2006

/S/ DAVID F. LEVI
DAVID F. LEVI
Chief United States District Judge

DLA PIPER US LLP
SACRAMENTO

SA\8064007.1

-2-
STIPULATION AND [PROPOSED] ORDER CONTINUING FINAL PRE-TRIAL
CONFERENCE TO SEPTEMBER 29, 2006 / CASE NO. CIV. S-05-0209-DFL-DAD