1  KEVIN T. COLLINS, Bar No. 185427
   DANIEL M. FUCHS, Bar No. 179033
2  SAMUEL L. EMERSON, Bar No. 222783
   BEST BEST & KRIEGER LLP
3  400 Capitol Mall, Suite 1650
   Sacramento, California 95814
4  Telephone: (916) 325-4000
   Telecopier: (916) 352-4010
5
   Attorneys for Plaintiff
6  Regina Drenik

7

8

9              UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT

11                 SACRAMENTO DIVISION

12

13  REGINA DRENIK, individually, on behalf     Case No.  2:05-CV-00209-DFL-DAD
    of herself and others similarly situated,   Judge:  David F. Levi
14
              Plaintiff,                        NOTICE OF SETTLEMENT; ORDER
15                                              [LOCAL RULE 16-160]
        v.
16
    GORDON OHANESIAN and
17  VERA OHANESIAN, individually,

18            Defendants.

                                                                    NOTICE OF SETTLEMENT

PDF created with pdfFactory trial version www.pdffactory.com

## NOTICE OF SETTLEMENT

The parties in the above-entitled action have reached a tentative settlement. Accordingly, the parties request that this Court stay all proceedings pending final disposition of this case. Plaintiff respectfully requests that this Court grant the parties forty-five (45) days from the date of this notice to dismiss this case in its entirety and with prejudice. Plaintiff has good cause for requesting forty-five (45) days to process all necessary settlement documents.

In light of the settlement, the parties further request that this Court vacate the final pretrial conference and the trial date in this matter.

Dated: September 19, 2006                               BEST BEST & KRIEGER LLP

By: /s/ Daniel M. Fuchs
    Kevin T. Collins
    Daniel M. Fuchs
    Samuel L. Emerson
    Attorneys for Plaintiff
    Regina Drenik

Dated: September 19, 2006                               DLA PIPER US LLP

By: /s/ Matt Jacobs
    Matt Jacobs
    Attorneys for Defendants
    Gordon and Vera Ohanesian

## ORDER

IT IS SO ORDERED.

Dated: September 22, 2006                               /s/ David F. Levi
                                                        David F. Levi
                                                        Judge of the United States District Court

SACRAMENTO\KCOLLINS\35933.1                    - 1 -                            NOTICE OF SETTLEMENT

PDF created with pdfFactory trial version www.pdffactory.com