1  KEVIN T. COLLINS, Bar No. 185427
   DANIEL M. FUCHS, Bar No. 179033
2  SAMUEL L. EMERSON, Bar No. 222783
   BEST BEST & KRIEGER LLP
3  400 Capitol Mall, Suite 1650
   Sacramento, California 95814
4  Telephone: (916) 325-4000
   Telecopier: (916) 352-4010
5
   Attorneys for Plaintiff
6  Regina Drenik

7

8

9                    UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT

11                      SACRAMENTO DIVISION

12

13  REGINA DRENIK, individually, on behalf      Case No. 2:05-CV-00209-DFL-DAD
    of herself and others similarly situated,   Judge: David F. Levi
14
              Plaintiff,                         STIPULATION TO DISMISS DEFENDANTS
15                                               GORDON OHANESIAN AND VERA
       v.                                        OHANESIAN; ORDER
16
    GORDON OHANESIAN and
17  VERA OHANESIAN, individually,

18            Defendants.

                                                                    STIPULATION TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

# STIPULATION TO DISMISS

IT IS HEREBY STIPULATED by and between Plaintiff, Regina Drenik, and Defendants Gordon Ohanesian and Vera Ohanesian by and through their respective attorneys of record that:

1. Regina Drenik dismiss her complaint dated February 1, 2005 against Gordon Ohanesian and Vera Ohanesian in its entirety and with prejudice.

Dated: October 18, 2006                                BEST BEST & KRIEGER LLP


By: /S/ KEVIN T. COLLINS
    Kevin T. Collins
    Daniel M. Fuchs
    Samuel L. Emerson
    Attorneys for Plaintiff
    Regina Drenik

Dated: October 18, 2006                                DLA PIPER US LLP


By: /S/ MATTHEW G. JACOBS
    Matthew G. Jacobs
    Attorneys for Defendants
    Gordon and Vera Ohanesian

# ORDER TO DISMISS

IT IS SO ORDERED.

Dated: 10/24/2006

DAVID F. LEVI
United States District Judge